UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PRISCILLA A. ELLIS-ERKKILLA** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| **CITIBANK, J.P. MORGAN CHASE, BB&T BANK, REGIONS BANK, CAPITAL ONE, UNITED STATES OF AMERICA FDIC,** | § § § § § § | **CIVIL ACTION NO. 6:20-cv-01039-ADA-JCM** |
| **Defendants.** | § § | |

### DEFENDANT JPMORGAN CHASE BANK, N.A.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Respectfully submitted,


By: /s/ Brad Nitschke
    Brad Nitschke
    State Bar No. 24052299
    **JACKSON WALKER L.L.P.**
    2323 Ross Avenue, Suite 600
    Dallas, TX  75201
    (214) 953-6058
    (214) 953-5822 – Fax
    Email:  bnitschke@jw.com


**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2021, I electronically filed the foregoing document through the Electronic Case Filing System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System who have appeared in the case.

Further, a copy of the foregoing document has been served via USPS on the following non-CM/ECF participants:

Pricilla A. Ellis-Erkkila
#00367207
FMC - Carswell
P.O. Box 27137
Fort Worth, Texas 76127

                                                          */s/ Brad Nitschke*
                                                          Brad Nitschke