IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PRISCILLA A. ELLIS-ERKKILA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 6:20-cv-01039-ADA-JCM |
| **CITIBANK, J.P. MORGAN CHASE, BB&T BANK, REGIONS BANK, CAPITAL ONE, UNITED STATES OF AMERICA FDIC,** | § § § § § § | |
| Defendants. | § § | |

**DEFENDANT CAPITAL ONE, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Capital One, N.A., by its undersigned counsel, hereby makes the following disclosure:

Capital One, N.A. is a national banking association organized under federal law, with its principal location in Virginia. Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publically traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly held corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: April 27, 2021                    Respectfully submitted,

                                         /s/ *Justin Opitz*
                                         Justin Opitz; SBN: 24051140
                                         jopitz@mcguirewoods.com
                                         **MCGUIREWOODS LLP**
                                         2000 McKinney Avenue, Suite 1400
                                         Dallas, Texas 75201
                                         Telephone: 214.932.6400
                                         Facsimile: 214.932.6499

                                         **ATTORNEY FOR DEFENDANT
                                         CAPITAL ONE, N.A.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record indicated on the Notice of Electronic Filing.

Further, a copy of the foregoing document has been served via USPS on the following non-CM/ECF participants:

Priscilla A. Ellis-Erkkila
Admin Unit
FMC - Carswell
P.O. Box 27137
Fort Worth, TX 76127

                                                  /s/ *Justin Opitz*
                                                  **Justin Opitz**