# EXHIBIT A

## Legal Documents Personally Served on Citibank N.A.

| To: | **Legal Services Intake** | E-mail | **LSI- BRANCH LEGAL DOCUMENTS** |
|---|---|---|---|
| From Branch # | 029 | Date: | 10/26/2021 |
| Branch Location | THE LAKES | Pages to follow: | 2 |
| Branch Phone # | 702-505-9891 | | |

The attached legal service(s) was personally served on this branch, details recorded below:

**Branch Details:**

Served & Accepted on  10/26/2021 AT 2:38 PM
(Enter Date & Time)

Accepted by  Elena Maldonado EM12397 /Concierge Banker
(Print or Stamp Name/Position/SOEID)

**Process Server/Agent Details:**

Process Server/Agent Name: RECEIVED BY MAIL

Employed by: RECEIVED BY MAIL

Contact Information:   Phone # _____
eMail Address: _____
Street Address: _____

Provide a copy of the Process Server/Agent's Business Card if available.

Instructions:
1. All Legal Documents must be e-mailed to Legal Services Intake, immediately, upon receipt
2. Refer to the Source card re: "Accepting Legal Service" for e-mail instructions.
3. Each service must be sent separately and requires it's own Branch Cover Sheet
4. You must e-mail all pages of the service. For services where the front and back of each page is used, you must first photo copy the service using the two sided to one sided photocopy selection and e-mail the photocopy to Legal Services Intake.
5. Follow the procedures in the Source should a service require immediate escalation. Refer to "How to Escalate Urgent Issues" under the "Litigation Support Unit" Source Card.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Priscilla A. Ellis-Erkkila <br><br> *Plaintiff(s)* <br> v. <br><br> Citibank et al. <br> Citibank CEO <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:20-cv-01039-ADA-JCM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Citibank and Citibank ceo
8701 W. Sahara Ave., Las Vegas Nevada 89117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Priscilla A. Ellis-Erkkilla
#03260180
P.O. BOX 6411
Williamsburg, VA 23188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2021          L Diaz
                          *Signature of Clerk or Deputy Clerk*

#2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western ~~Northern~~ District of Texas

| | |
|---|---|
| Priscilla A. Ellis-Erkkila | ) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No. 6:20-cv-01039-ADA-JCM |
| Citibank et al. | ) |
| _Defendant_ | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CITIBANK CEO/Attorney
    8701 W. Sahara Ave., Las Vegas, Nevada 89117
_(Name of person to whom this subpoena is directed)_

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Bank statements from 1-2011 through 8-31-2015 for the accounts 6786582109 -Priscilla Ellis-Erkkila /Kenietta Johnson Auth Signer 500409826 and 500409818 and 9787525812 and 9773662006 all for VICKEN INTERNATIONAL TRADERS LLC/Priscilla A. Ellis Erkkila CEO

| Place: P.O. Box 6411 Williamsburg, VA 23188 | Date and Time: on or before 15 September 2021 |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/30/2021

CLERK OF COURT

_L Diaz_                                                           OR   _____
_Signature of Clerk or Deputy Clerk_                                     _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

