UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PRISCILLA A. ELLIS-ERKKILLA | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | |
| CITIBANK, J.P. MORGAN CHASE, BB&T BANK, REGIONS BANK, CAPITAL ONE, UNITED STATES OF AMERICA FDIC, | § § § § § | CIVIL ACTION NO. 6:20-cv-01039-ADA-JCM |
| *Defendants.* | § | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIBANK, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citibank, N.A. makes the following disclosure through undersigned counsel: Citibank, N.A. is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc., which therefore indirectly owns 10 percent or more of the stock of Citibank, N.A.

Dated: January 11, 2022

**REED SMITH LLP**

By: */s/ Daniel Avila II*
Daniel Avila II (attorney-in-charge)
Texas Bar No. 24109601
Federal ID. 3365513
Email: davila@reedsmith.com
811 Main Street, 17th Floor
Houston, Texas 77002
Telephone: (713) 469-3896
Facsimile: (713) 469-3899
*Attorney for Defendant Citibank, N.A.*