# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PRISCILLA A. ELLIS-ERKKILA,** | § |
| Plaintiff, | § |
| v. | § |
| | § CIVIL ACTION NO: |
| **CITIBANK, J.P. MORGAN CHASE, BB&T BANK, REGIONS BANK, CAPITAL ONE, UNITED STATES OF AMERICA FDIC,** | § 6:20-CV-01039-ADA-JCM |
| Defendants | § |

## DEFENDANT REGIONS BANK'S CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Regions Bank states as follows:

1. Regions Bank is wholly-owned subsidiary of Regions Financial Corporation.

2. Regions Financial Corporation is publicly traded on the New York Stock Exchange.

3. Vanguard Group, Inc., owns more than 10% of the stock of Regions Financial Corporation.

Dated: January 13, 2022         Respectfully submitted,

*/s/ Joshua B. Baker*
Joshua B. Baker

*Attorney for Defendant, Regions Bank*

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
3800 North Lamar Blvd.
Austin, Texas 78756
Phone: (205) 254-1000
Facsimile: (205) 254-1999
jbaker@maynardcooper.com

06265255.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of January, 2022, I served a copy of the foregoing upon all attorneys and parties of record via the Court's CM/ECF electronic filing system, which will send electronic notification of such filing to the registered parties, and/or via First Class U.S. Mail to the following persons and/or entities of record:

Priscilla A. Ellis-Erkkila
P.O. Box 6411
Williamsburg, VA 23188
priscillaellis03260180@mailmypix.com
Kenietta@aol.com

*PRO SE PLAINTIFF*

Gene R. Besen
*Bradley Arant Boult Cummings LLP*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Phone: (214) 939-8700
Facsimile: (214) 939-8787
gbesen@bradley.com

*ATTORNEY FOR DEFENDANT BB&T*

Daniel Avila
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002
Phone: (713) 469-3896
Fax: (713) 469-3899
davila@reedsmith.com

*ATTORNEY FOR DEFENDANT CITIBANK*

Justin R. Opitz
*McGuireWoods LLP*
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Phone: (214) 932-6471
Facsimile: (214) 273-7487
jopitz@mcguirewoods.com

*ATTORNEY FOR DEFENDANT CAPITAL ONE*

Matt Dow
*Jackson Walker, LLP*
100 Congress Ave., Suite 1100
Austin, TX 78701
Phone: (512) 236-2000
Facsimile: (512) 391-2113
mdow@jw.com

*ATTORNEY FOR DEFENDANT J.P. MORGAN CHASE*

      */s/ Joshua B. Baker*
      **OF COUNSEL**