IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PRISCILLA A. ELLIS-ERKKILA,**<br>*Plaintiff,*<br><br>v.<br><br>**CITIBANK, J.P. MORGAN CHASE,<br>REGIONS BANK, CAPITAL ONE,<br>UNITED STATES OF AMERICA<br>FDIC,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | W-20-CV-01039-ADA-DTG |

## ORDER

This matter is before the Court on its own motion. The Court notes that Plaintiff Priscilla A. Ellis-Erkkila has not filed any responses to the pending Motions to Dismiss filed by the Defendants. The deadlines for such responses have passed. *See* Local Rule CV-7. Plaintiff is hereby ORDERED to file any responses to the pending Motions to Dismiss (ECF No. 6, ECF No. 13, ECF No. 48, and ECF No. 49) by July 25, 2022. If Plaintiff chooses not to file any responses, the Court may treat the motions as unopposed.

SIGNED this 7th day of July, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE