United States District Court
For the Western District of Tx
Waco Division

Priscilla A. Ellis-Erkkila

v.                                6:20-CV-01039-ADA-DTG

Citibank et Al

motion to Appeal

Plaintiff hereby Appeal doc # 113, 114, 115, 116, All dated 8-24-23. Judge Albright nor his magistrate Considered doc # 31 Evidence nor interrogatories, nor bare bones warrant issued by Judge Mansee

Page 1 of 2

Plaintiff is for sure entitled to relief sought against Citibank, JP Chase Morgan, Regions Bank, BBT Bank, and Capital One and would like to Appeal to the Fifth Circuit Court of Appeals.

Respectfully Submitted;

*[signature]*
Priscilla Ellis-Erekili
U.S. Army Veteran
Pro-Se

Certificate of Service

Mailed on 9-1-2023 via 1st Class Postage in transit

*[signature]*

Page 2 of 2

Priscilla A. Ellis
FCI Tallahassee
501 Capital Circle, NE
Tallahassee, FL 32301

RECEIVED
SEP 11 2023
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
800 Franklin Avenue, Room 3