Case 6:20-cv-01039-ADA-DTG   Document 126   Filed 12/27/23   Page 1 of 6

FILED
December 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
            DEPUTY

United States District Court
Western District of Texas
Waco

Priscilla A. Ellis-Erickile

v.                    case: 6:20-CV-01039-ADA

Citibank et. al

## Motion to Recuse
## And motion to transfer

Priscilla Ellis-Erickile hereby request the Honorable Albright to Recuse magistrate Judge Gilliland from all cases pertaining to Priscilla Ellis-Erickile.

Magistrate Gilliland has showed bias and Racial discrimination as well as unjust and inequality rulings from his inception of this case, as he is friends with Judge Jeffrey Mansky. Magistrate Gilliland had scheduled

Page 1 of 6

An evidentiary hearing in this case in which all defendants and plaintiff is required, yet when plaintiff requested to appear, his Clerk immediately canceled, because He does not want facts on the record. This is Corruption, malfeasance & misprision at the Highest level coupled with Racial discrimination. Why would a magistrate Judge come into an ongoing case Already in process and Granted Approval by the Chief District Judge Albright, more than 3 years Ago

go back and try to change a Chief District Judges ruling and issue 2 orders for appeal one to District Court and one to the Fifth Circuit Court of Appeals. This is under cover racial discrimination and misprision color of law abuse, as well as an unbalanced ruling. This Judge said on the record that he had taken all evidence into consideration when he lied on the record because his clerk was not aware that there was a thumb drive in this case with the clerk with all of the

Financial BANK And wire statements on it to prove that Plaintiff's Accounts were opened for years in Texas for her Legal Businesses And in Good Standing even to the date that these banks DID NOT FREEZE Accounts, but removed Her Funds, less than 3 weeks After her Arrest. THIS IS America not A 3rd world Country. MAgistrate Judge Gilliland IS A liar And cannot be trusted. These Are his words that he Considered All Evidence, his words that he Canceled An

An evidentiary hearing that he had set, his words that he's trying to change another $350 for a case in court process over 3 years authorized by Chief District Judge Albright to proceed IFP.

Due to all of the above misprision, color of law abuse, racial discrimination, lies on the record by Magistrate Judge Gilliland and unlawful Judicial Ethics ruling, Plaintiff Ellis-Erkkile is requesting the Chief Honorable Judge Albright to remove magistrate

Juge Gilliland from all of her cases within this court, and to transfer case from WACO to Austin District Court where it can be determined ethically.

Respectfully Submitted;

Priscilla Ellis-Erkkila
U.S. Army Veteran


Certificate of Service

Mailed on 12-13-2023 Certified via U.S. Postal mail to the U.S. District Court

And Citibank et al

Priscilla Ellis-Erkkila
U.S. Army Veteran

Page 6 of 6